UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS MCDONOUGH, JR.,

     Plaintiff,

     v.

SCRANTON SCHOOL DISTRICT,

     Defendant.

CIVIL ACTION NO. 3:25-CV-2442

(SAPORITO, J.)

## ORDER

AND NOW, this 9th day of June, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.    The District's motion to dismiss (Doc. 6) is **GRANTED**; and

2.    The plaintiff's state law defamation claim is **DISMISSED with prejudice** and the plaintiff's "stigma-plus" procedural due process claim is **DISMISSED without prejudice**.

3.    The plaintiff is granted leave to amend his complaint as to his "stigma-plus" procedural due process claim within **fourteen (14) days** after the date of this order.

Dated: June 9, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge